IN THE SUPREME COURT OF THE STATE OF NEVADA

BLAKE LAWRENCE ANDERSON,
Appellant,
vs.
DEAN Y. KAJIOKA; AND LAW
OFFICES OF DEAN KAJIOKA,
Respondents.

No. 79783

FILED

OCT 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion for joinder and intervention. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals two jurisdictional defects. Specifically, the notice of appeal appears to be prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed).

In addition, the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order

19-43199

denying a motion for joinder or motion for intervention. This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Richard Scotti, District Judge
       Blake Lawrence Anderson
       Kajioka & Associates
       Eighth District Court Clerk